```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 10602
   JAMES A MARCELL JR
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-8448


---------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/29/08 .

   2.  The case was dismissed without confirmation, 09/05/2008.

   3.  The Debtor paid a total of $     688.35 .


---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
---------------------------------------------------------------------------
FORD MOTOR CREDIT CO       SECURED VEHIC        .00            .00            .00
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED           .00            .00
AFNI/ VERIZON WIRELESS     UNSECURED       NOT FILED           .00            .00
ALLIANCE ONE               UNSECURED       NOT FILED           .00            .00
ALLIANCE ONE               UNSECURED       NOT FILED           .00            .00
AMERICAN COLLECTION        UNSECURED       NOT FILED           .00            .00
CAVALRY SPV II LLC         UNSECURED       NOT FILED           .00            .00
THE CHICAGO DEPT OF REVE   UNSECURED       NOT FILED           .00            .00
COLLECTION CO OF AMERICA   UNSECURED       NOT FILED           .00            .00
COLUMBIA COLLEGE           UNSECURED       NOT FILED           .00            .00
CREDIT PROTECTION ASSOC    UNSECURED       NOT FILED           .00            .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED           .00            .00
ILLINOIS TOLLWAY AUTHORI   UNSECURED       NOT FILED           .00            .00
AMERICAN CONSUMER          UNSECURED       NOT FILED           .00            .00
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED           .00            .00
PARAGON WAY                UNSECURED       NOT FILED           .00            .00
THE LAKES @ FOUNTAIN SQU   UNSECURED       NOT FILED           .00            .00
SPEEDWAY/SUPERAMERICA      UNSECURED       NOT FILED           .00            .00
ECMC                       UNSECURED       NOT FILED           .00            .00
---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
---------------------------------------------------------------------------
       Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED      OTHER         TOTAL

TOTAL CLMS ALLOWED     .00         .00          .00         .00           .00
PRINCIPAL PAID         .00         .00          .00         .00           .00
INTEREST PAID          .00         .00          .00         .00           .00
TOTAL PAID             .00         .00          .00         .00           .00
The Debtor's attorney, ROBERT J ADAMS & ASSOC       , was allowed $       .00
and was paid $      .00 .
```

The Trustee received $         .00 .

Refunds to the Debtor totaled $    688.35 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/10/09                        /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE